UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL BREIDEL, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:13-CV-23 |
| HARRIS COUNTY SHERIFF'S OFFICE, *et al*, | § § § § | |
| Defendants. | | |

# FINAL JUDGMENT

Pursuant to the Opinion and Order entered on this day, it is hereby

**ORDERED** that **FINAL SUMMARY JUDGMENT** is **GRANTED** in favor of Defendants Harris County Sheriff's Office, Harris County, Texas, McLennan County Sheriff's Office, McLennan County, Texas, John Doe, M.D., Extradition Transport Services, and John Does 1 and 2, and against Plaintiff Michael Breidel on all claims. Plaintiff shall take nothing of Defendants, and shall pay all costs of action.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 6th day of August, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE